```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 23583
    DON A HUDDLESTON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1514

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/22/2004 and was confirmed 09/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  97.41%.

     The case was paid in full 11/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED           8000.00         328.90        8000.00
AMERICREDIT FINANCIAL SV  UNSECURED         5948.60            .00        5794.71
AMERICREDIT               NOTICE ONLY      NOT FILED          .00             .00
BAKER MILLER MARKOFF & K  UNSECURED        NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00             .00
CONDOR CAPITAL CORP       NOTICE ONLY      NOT FILED          .00             .00
ECMC                      UNSECURED         2107.85           .00         2053.32
EDUCATIONAL CREDIT MGMT   NOTICE ONLY      NOT FILED          .00             .00
ERNESTO D BORGES JR       UNSECURED         1900.00           .00         1850.85
GE CUSTOM AUTO            UNSECURED        NOT FILED          .00             .00
HAFC                      UNSECURED        NOT FILED          .00             .00
JAMES L ORRINGTON DMD     UNSECURED        NOT FILED          .00             .00
JEFFREY M LEVING          UNSECURED        NOT FILED          .00             .00
NORTHWESTERN UNIVERSITY   UNSECURED        12355.28           .00        12035.65
PROVIDIAN                 UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED            .00            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         1615.00           .00         1573.22
PORTFOLIO RECOVERY ASSOC  UNSECURED          585.36           .00          570.22
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,494.00                       2,494.00
TOM VAUGHN                TRUSTEE                                         1,907.64
DEBTOR REFUND             REFUND                                          3,652.15

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 40,260.66

PRIORITY                                             .00
SECURED                                         8,000.00
    INTEREST                                      328.90
UNSECURED                                      23,877.97

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 23583 DON A HUDDLESTON
```

```
ADMINISTRATIVE                                              2,494.00
TRUSTEE COMPENSATION                                        1,907.64
DEBTOR REFUND                                               3,652.15
                                    ---------------   ---------------
TOTALS                                    40,260.66         40,260.66
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                 /s/ Tom Vaughn
   Dated: 02/28/08               _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```